**Order entered August 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00238-CR

### JOSE EDUARDO GUERRERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F15-75211-X**

## ORDER

Before the Court is the State's August 1, 2018 motion to extend time to file its brief. We

**GRANT** the motion and **ORDER** the brief received on August 1 filed as of the date of this

order.

/s/     LANA MYERS
JUSTICE